No. 4113.—PUEBLO, apldo., *v.* SERRANO, aplte.—C. D. Arecibo. Portar armas. Marzo 13, 1930.

No. 5275.—SANTOS, ETC., aplte., *v.* SUCN. DE JUAN CENTENO ORTIZ, ETC., aplda.—C. D. Ponce. Reconocimiento de hijo natural. Marzo 20, 1930.

No. 4956.—DR. BERNABE, ETC., aplte.-apldo., *v.* SUÁREZ MIGOYA, apldo.-aplte.—C. D. San Juan. Daños y perjuicios. Marzo 21, 1930.

No. 4121.—PUEBLO, apldo., *v.* MERCED, aplte.—C. D. San Juan. Tentativa de violación. Marzo 25, 1930.

No. 4123.—PUEBLO, apldo., *v.* DÍAZ, aplte.—C. D. Aguadilla. Adulteración de leche. Marzo 27, 1930.

No. 5281.—DENTON, apldo., *v.* REXACH RACING & SPORTING CORP., aplte.—C. D. San Juan. Otorgamiento de escritura. Marzo 27, 1930.

No. 5054.—STUBBE BROS. CO., INC., aplte., *v.* DÍAZ, apldo.—C. D. Humacao. Cobro de dinero. Marzo 28, 1930.

No. 4124.—PUEBLO, apldo., *v.* ROMÁN, aplte.—C. D. Aguadilla. Acometimiento y agresión grave. Marzo 31, 1930.

No. 4934.—ROVIRA, ETC., apldo., *v.* CRUZ ET AL., demandados, y AGOSTINI, fiadora y aplte.—C. D. San Juan. Cobro de dinero. Marzo 31, 1930.

No. 4125.—PUEBLO, apldo., *v.* CASTRO, aplte.—C. D. San Juan. Acometimiento y agresión grave. Abril 5, 1930.

No. 5295.—COLÓN, aplte., *v.* COLÓN, apldo.—C. D. Guayama. Alimentos provisionales. Abril 7, 1930.

No. 5035.—GARCÍA ART EMBROIDERIES, ETC., aplda., *v.* PORTO RICAN EXPRESS COMPANY. aplte.—C. D. Mayagüez. Daños y perjuicios (incidente de traslado). Abril 7, 1930.

No. 4137.—PUEBLO, apldo., *v.* DÁVILA, aplte.—C. D. San Juan. Escalamiento en primer grado. Abril 21, 1930.

No. 4158.—PUEBLO, apldo., *v.* FARÍA, aplte.—C. D. Arecibo. —Acometimiento y agresión. Abril 30, 1930.

No. 4159.—PUEBLO, apldo., *v.* FARÍA, aplte.—C. D. Arecibo. Portar armas. Abril 30, 1930.